1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) 2:13-MJ-0222-KJN
                                    ) 2:13-MJ-0223-KJN
12          Plaintiff,              )
                                    ) STIPULATION AND ORDER
13      v.                          ) CONTINUING PRELIMINARY HEARING
                                    ) DATE
14 MATTHEW LUKE GILLUM and          )
   JOLENE CHAN,                     )
15                                  ) Judge: Hon. Dale A. Drozd
                                    )
16          Defendants.             )
                                    )
17 _____ )

18                        **STIPULATION**

19      The United States, by and through its undersigned counsel, and

20 the defendants, by and through their counsel of record, hereby

21 stipulate as follows:

22   1. At the defendants' initial appearance on July 24, 2013, this

23      matter was set for a Preliminary Hearing on August 8, 2013.

24      That Preliminary Hearing was subsequently continued to August

25      15, 2013, by stipulation of the parties.

26   2. By this Stipulation, the parties now move to continue the

27      Preliminary Hearing until September 5, 2013, at 2:00 p.m.,

28      before Magistrate Judge Edmund F. Brennan.

1      3. The parties have discussed a potential pre-indictment resolution

2         of this matter.  The parties need further time to discuss this

3         matter and discuss any potential consequences.

4    **IT IS SO STIPULATED.**

5

6    DATED: August 12, 2013          /s/ Justin L. Lee
                                     JUSTIN L. LEE
7                                    Assistant U.S. Attorney

8    DATED: August 12, 2013          /s/ Thomas A. Johnson
                                     THOMAS A. JOHNSON
9                                    Attorney for Matthew Gillum
                                     (as authorized on August 12, 2013)
10

11   DATED: August 12, 2013          /s/ Michael L. Chastaine
                                     MICHAEL L. CHASTAINE
12                                   Attorney for Jolene Chan
                                     (as authorized on August 12, 2013)
13

14

15                              **ORDER**

16        IT IS SO ORDERED.

17   Dated:  August 13, 2013

18

19   _____
                                     DALE A. DRCZD
20   Dad1.crim                       UNITED STATES MAGISTRATE JUDGE
     Gillum0223.stipord.cont.PE.docx
21

22

23

24

25

26

27

28

Stipulation to Continue                2          United States v. Gillum et al.