1  THOMAS A. JOHNSON, SBN# 119203
   400 Capital Mall, Suite 1620
2  Sacramento, CA  95814
   Telephone:  (916) 442-4022
3  Attorney for Matthew Gillum

4
5               IN THE UNITED STATES DISTRICT COURT
6           FOR THE EASTERN DISTRICT OF CALIFORNIA

7  UNITED STATES OF AMERICA,    ) Case No. 2:13-mj-00223-KJN
                                )
8           Plaintiff,          )
                                )
9       vs.                     ) STIPULATION AND PROPOSED
                                ) ORDER
10 MATTHEW GILLUM,              )
                                ) Date: 11/15/13
11          Defendant           ) Time: 2:00 p.m.
                                ) Judge: Edmund F. Brennan
12 _____)

13

14     **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Preliminary Hearing currently set for October 31, 2013 at 2:00 p.m. is continued to November 15, 2013, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure, Rule 5.1(d).  On July 23, 2013, a complaint was filed against Mr. Gillum and he made an initial appearance on July 24, 2013.  Both parties are mutually requesting this continuance in order to work on resolving this matter pre-indictment.

       It is further stipulated that good cause exists to extend the time for the Preliminary Hearing within the meaning of Rule 5.1(d).  The parties further stipulate that the ends of justice are served by the Court excluding time from October 31, 2013, to November 15, 2013, so that counsel for the defendant may have reasonable time necessary for preparation, taking into account the exercise of due diligence.  18 U.S.C. Section 3161(h)(7)(B)(iv).  The defendant, defense counsel and the government stipulate and agree that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. Section 3161(h)(7)(A); Local Code T-4, preparation of counsel.

1 | **IT IS SO STIPULATED.**

3 | DATED:  October 30, 2013        By:    /s/  Thomas A. Johnson
4 |                                        THOMAS A. JOHNSON
                                           Attorney for Defendant
                                           Matthew Gillum

6 | DATED:  October 30, 2013               BENJAMIN B. WAGNER
                                           United States Attorney

8 |                                 By:    /s/   Thomas A. Johnson for
                                           JUSTIN LEE
                                           Assistant U.S. Attorney

## ORDER

**IT IS HEREBY ORDERED:** That the Preliminary Hearing scheduled for October 31, 2013, is continued to November 15, 2013.  It is further ORDERED that the time under the Speedy Trial Act between today's date and November 15, 2013,  is excluded under Local Code T-4, and 18 U.S.C. § 3161(h)(7)(B)(iv) to ensure adequate time for preparation of counsel.  For the reasons set forth above, the court finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendants in a speedy trial and therefore excludes time through November 15, 2013.

Dated:  October 30, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
13mj0223.Gilliam.stip.cont.